
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMA FINANCIAL, LLC,                              :
                              Plaintiff,     :
                                        :
              -against-                     :      20 Civ. 5662 (LGS)
                                        :
                                        :        ORDER
PHARMAGREEN BIOTECH INC,                  :
                             Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 29, 2020, Defendant e-mailed to Chambers a motion seeking a preliminary injunction and temporary restraining order ("TRO") pursuant to Rule 65 of the Federal Rules of Civil Procedure. Plaintiff was provided a copy of the moving papers. It is hereby

       **ORDERED** that defense counsel shall file on the docket (i) a notice of appearance and (ii) the motion and relevant supporting documents by **July 30, 2020**. Plaintiff shall file an opposition, if any, by **July 31, 2020, at 9:00 a.m**. It is further

       **ORDERED** that a show cause hearing why the TRO should not be entered will be held on **July 31, 2020, at 2:00 p.m**. on the following conference line: 888-363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: July 29, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE