UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMA FINANCIAL, LLC,                          :
                          Plaintiff,       :
                                      :
            -against-                         :            20 Civ. 5662 (LGS)
                                      :
                                      :            ORDER
PHARMAGREEN BIOTECH INC,            :
                          Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference is scheduled for September 17, 2020, 10:50 a.m.;

       WHEREAS, on August 8, 2020, Defendant filed a notice of Defendant-debtor's Chapter 11 Bankruptcy case at Dkt. No. 20.  It is hereby

       **ORDERED** that this case is **stayed** in light of Defendant-debtor's bankruptcy case. Defendant shall file a letter no later than **September 18, 2020**, on the status of the bankruptcy proceeding.  Defendant thereafter shall file status letters every 45 days.  It is further

       **ORDERED** that Plaintiff shall file a letter by **September 18, 2020**, advising whether it has filed or plans to file a claim in the bankruptcy proceeding obviating the need for this action.

Dated: September 11, 2020
       New York, New York

                                                                              LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE