UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMA FINANCIAL, LLC, :
                     Plaintiff, :
 :
     -against- : 20 Civ. 5662 (LGS)
 :
 : ORDER
PHARMAGREEN BIOTECH INC, :
                   Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the Order dated September 11, 2020, Defendant was directed to file a letter no later than September 18, 2020, and every 45 days thereafter, on the status of the bankruptcy proceeding. It is hereby

    **ORDERED** that the Order dated September 11, 2020, is amended. In lieu of Defendant's status letter requirement, Plaintiff shall file a status letter by November 17, 2020, and every 60 days thereafter, on the status of the bankruptcy proceeding. If there are any developments impacting the stay between status letter deadlines, Plaintiff shall inform the Court as soon as possible and no later than two business days after the development.

Dated: September 21, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE