UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMA FINANCIAL, LLC,                             :
                            Plaintiff,   :
                                              :
          -against-                 :           20 Civ. 5662 (LGS)
                                              :
                                              :           <u>ORDER</u>
PHARMAGREEN BIOTECH INC,           :
                        Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this action has been stayed in light of Defendant-debtor's Chapter 11 bankruptcy case (Dkt. No. 22);

       WHEREAS, Plaintiff has informed the Court that the bankruptcy proceeding was dismissed and filed the Bankruptcy Court's Order Granting the Motion to Dismiss the Bankruptcy Case (Dkt. No. 26).  It is hereby

       **ORDERED** that this action is no longer stayed.  It is further

       **ORDERED** that the initial pretrial conference is scheduled for **November 5, 2020, at 10:50 a.m.**  The parties' proposed case management plan and joint status letter -- including the information outlined in Individual Rule IV.A.2 -- are due at least seven days before the conference, or by **October 29, 2020**.

       The Clerk of Court is respectfully directed to lift the stay on this case.

Dated: October 9, 2020
          New York, New York

                                                                                LORNA G. SCHOFIELD
                                                                      UNITED STATES DISTRICT JUDGE