# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

| | |
|---|---|
| JEFFREY FLEISCHMANN | Telephone: (646) 657-9623 |
| | Facsimile: (646) 351-0694 |

October 27, 2020

<u>Via ECF:</u>
Hon. Lorna G. Schofield
United States District
Judge 40 Foley Square
New York, NY 10007

<i>Re: EMA Financial, LLC v. Pharmagreen Biotech Inc.</i>, 20-cv-05662-LGS

Dear Judge Schofield:

We represent plaintiff EMA Financial LLC ("EMA") with respect to the above-referenced matter. We write to request a two-week extension of time for the parties to submit their proposed case management plan and joint status letter, presently due on October 29, 2020, and an adjournment of the Initial Case Management Conference, scheduled for November 5, 2020, as the parties are currently engaged in settlement discussions.

Defendant has consented to the proposed two-week extension of the deadlines and adjournment of the conference. This is the parties' first request for such an extension of time.

Respectfully Submitted,

By: /s/ Jeffrey Fleischmann

cc: Mark E. Basily, Esq. (by ECF)

---

This application, filed on October 28, 2020, is untimely but nevertheless GRANTED. The initial pretrial conference scheduled for November 5, 2020, is adjourned to **November 19, 2020, at 10:50 a.m**. The parties' proposed case management plan and joint status letter are due at least seven days before, or by **November 12, 2020**.

Dated: October 29, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1