UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EMA FINANCIAL, LLC,                                           :
                                    Plaintiff,                :
                                                              :        20 Civ. 5662 (LGS)
                -against-                                     :
                                                              :        ORDER
PHARMAGREEN BIOTECH INC.,                                     :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Order at Dkt. No. 35 granted Defendant's counsel motion to withdraw and the action was stayed to allow Defendant to retain successor counsel;

   WHEREAS, Plaintiff filed a pre-motion letter, requesting that the Court (1) vacate the stay and (2) issue an order to show cause as to (i) why a preliminary injunction -- requiring delivery of the shares pending final determination -- should not enter, (ii) in the alternative, why a hearing on a request for preliminary injunction should not be combined with a trial on the merits, or (iii) in the alternative, why partial summary judgment should not be granted, requiring specific performance.  It is hereby

   **ORDERED** that the effectiveness of the Order at Dkt. No. 35 is stayed to allow Plaintiff to be heard on the motion to withdraw.  The stay of the action is lifted and Defendant's counsel, Mark Basile, The Basile Law Firm P.C., is reinstated as attorney of record on the docket.  It is further

   **ORDERED** that by **November 19, 2020**, Defendant shall file a response to Plaintiff's pre-motion letter, addressing Plaintiff's proposed order to show cause and request for (i) a preliminary injunction, (ii) or, in the alternative, for a consolidated trial on the merits, (iii) or, in the alternative, for partial summary judgment.  It is further

   **ORDERED** that a status conference will be held on **November 24, 2020, at 10:00 a.m.**, to

discuss the motion to withdraw and Plaintiff's pre-motion letter, on the following conference line: (888)-363-4749, access code: 558-3333.  The timing of the conference is approximate but the parties shall be ready to proceed at that time.

      The Clerk of Court is respectfully directed to reinstate The Basile Law Firm P.C., as Defendant's attorney of record and to lift the stay.

Dated: November 18, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**