UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EMA FINANCIAL, LLC,                                           :
                                        Plaintiff,            :
                                                              :       20 Civ. 5662 (LGS)
                -against-                                     :
                                                              :       ORDER
PHARMAGREEN BIOTECH INC.,                                     :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order at Dkt. No. 37, Defendant was directed to file, by November 19, 2020, a response to Plaintiff's pre-motion letter at Dkt. No. 36, addressing Plaintiff's proposed order to show cause and request for (i) a preliminary injunction, (ii) or, in the alternative, for a consolidated trial on the merits, (iii) or, in the alternative, for partial summary judgment.  No response letter was filed.  It is hereby

**ORDERED** that Defendant shall file its letter responding to Plaintiff's pre-motion letter at Dkt. No. 36, as soon as possible and in any event, no later than end of day today **November 20, 2020**.

Dated:  November 20, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**