UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
            :
EMA FINANCIAL, LLC,            :
         Plaintiff,  :
            :  20 Civ. 5662 (LGS)
    -against-      :
            :  ORDER
PHARMAGREEN BIOTECH INC.,    :
         Defendant.  :
            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is **ORDERED** that the effectiveness of the Order at Dkt. No. 35, granting defense counsel's motion to withdraw (Dkt. No. 32), is no longer stayed. The deadline for Defendant's new counsel to enter an appearance in this matter is extended from December 17, 2020, to **January 15, 2021**, and this action will be stayed until successor counsel appears. Defendant is advised that corporations may not appear without counsel, and a failure to retain counsel by this date may constitute grounds for entry of default judgment under Federal Rule of Civil Procedure 55. *See City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 130 (2d Cir. 2011). It is further

    **ORDERED** that by **December 7, 2020**, Plaintiff shall mail or e-mail a copy of this Order to Defendant and file proof of service.

    The Clerk of Court is respectfully directed to terminate The Basile Law Firm P.C., as attorney of record and to stay the action.

Dated: December 3, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE