UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    EMA FINANCIAL, LLC,

                     Plaintiff,

                                       20 Civ. 5662 (LGS)
           -against-

                                       ORDER
    PHARMAGREEN BIOTECH INC.,

                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, per the Order dated December 3, 2020, this action was stayed until Defendant's successor counsel appears (Dkt. No. 44).  Counsel for Defendant filed a notice of appearance on January 15, 2021 (Dkt. No. 48).  It is hereby

       **ORDERED** that by **January 22, 2021**, the parties shall file a joint status letter -- including the information outlined in Individual Rule IV.A.2 -- and a jointly proposed Amended Case Management Plan.

       The Clerk of Court is respectfully directed to lift the stay of this action.

Dated: January 19, 2021
       New York, New York

                                                                                                            **LORNA G. SCHOFIELD**
                                                                           **UNITED STATES DISTRICT JUDGE**