UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    EMA FINANCIAL, LLC,

                           Plaintiff,

                      -against-

    PHARMAGREEN BIOTECH INC.,

                        Defendant.
------------------------------------------------------------X

20 Civ. 5662 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have not timely filed their joint status letter and proposed Amended Case Management Plan per the Order at Dkt. No. 51. It is hereby

**ORDERED** that the parties shall file their joint status letter -- including the information outlined in Individual Rule IV.A.2 -- and a jointly proposed Amended Case Management Plan as soon as possible, and in any event, no later than **February 25, 2021**. The parties are advised that compliance with Court-ordered deadlines is not optional.

Dated: February 22, 2021
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**